AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

F I L E D
SEP 2 5 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| United States of America<br>v.<br>RONALD MAXWELL GORHAM,<br>DARRELL MARCELLUS POPE, a.k.a. "T"<br><br>Defendant(s) | )<br>)<br>) Case No. 1:19-MJ-417<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2019 to September 2019__ in the county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 and 846 | Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl |

This criminal complaint is based on these facts:
See Attached Affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Katherine E. Rumbaugh, AUSA

_____
*Complainant's signature*
Special Agent Shane D. Dana, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/25/19

City and state: Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge