# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

FILED SEP 27 2019

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 19 mj 417 |
| Darrell Pope ) | |
| *Defendant* ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 9/27/19

_Darrell Pope_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

Andrew M Stewart
*Printed name and bar number of defendant's attorney*

2007 15th St N #201
Arlington VA 22201
*Address of defendant's attorney*

andrew.m.stewart.esq@gmail.com
*E-mail address of defendant's attorney*

703-248-0626
*Telephone number of defendant's attorney*

703-248-8971
*FAX number of defendant's attorney*