# UNITED STATES DISTRICT COURT
for the

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-MJ-417 |
| Darrell Marcellus Pope | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Darrell Marcellus Pope

Date: 9/30/19

*Attorney's signature*

Vaughan C. Jones/ 41010
*Printed name and bar number*

1622 W Main Street
Richmond, VA 23220
*Address*

vaughan@vaughancjones.com
*E-mail address*

804-788-8880
*Telephone number*

888-816-0116
*FAX number*